**FILED**
October 27, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>            Plaintiff,                    )<br>v.                                                )<br>                                                    )<br>OWEN CHARLES,                       )<br>                                                    )<br>            Defendant.                 )  | Case No.  2:09-cr-455 JAM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  OWEN CHARLES , Case 2:09-cr-455 JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    __     Bail Posted in the Sum of _____

    X      Unsecured bond in the amount of $25,000.00.

    __     Appearance Bond with 10% Deposit

    __     Appearance Bond secured by Real Property

    __     Corporate Surety Bail Bond

    X      (Other) Court supervision; Defendant to surrender passport by close of business on 10/28/2009.

Issued at  Sacramento, CA  on 10/27/09    at  2:55 p.m.

By  _____
Kimberly J. Mueller,
United States Magistrate Judge