J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Owen Charles

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Cr. No. 09-455 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS |
| | ) CONFERENCE. |
| OWEN CHARLES | ) (Jan. 5, 2010 at 9:30AM |
| | ) before Judge Mendez) |
| | ) |
| Defendant, | ) |
| _____ | ) |

This case is now set for status on December 1, 2009.  Because

counsel for Defendant has recently been appointed  and because

some additional time is required to prepare

the case, the parties stipulate that the status conference

be continued to January 5, 2010. Defendant Charles is in agreement

with this request. It is further stipulated

that time under the Speedy Trial Act, 18 USC Section 3161(h)(7)

(A) & (B)(iv), should be excluded for counsel preparation, Local

Code T4 until that date.  Defendant Charles has agreed to this.

The parties respectfully request the Court so order.


Dated November 27, 2009

1

1

2            /s/ MATTHEW SEGAL                      /S/ J TONEY
               Matthew Segal                         J. Toney
3            Assistant U.S. Attorney        Attorney for Defendant

4

5     SO ORDERED:

6     Dated: 11/30/09

7

8     /s/ John A. Mendez
      U. S. District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    2