```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Owen Charles
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>　OWEN CHARLES<br><br>　　　　　　Defendant.<br>_____ | )<br>)<br>)　No. Cr 09-455 JAM<br>) Defendant's Waiver of<br>) Presence<br>)<br>)<br>)<br>) |

Pursuant to Fed. R. Crim. P. 43(c)(2), Owen Charles hereby waives his right to be present in open court at the hearing of any pre-trial proceeding including trial setting, except for trial, entry of plea or sentencing.

Defendant agrees that his interest will be deemed represented by his attorney, the same as if he were personally present.

He acknowledges that he has been informed of his rights under 18 U.S.C 3161-3174 (Speedy Trial Act) and authorizes his attorney to set times and delays pursuant to it without his presence.

Dated December 28, 2009　　　　/s/ OWEN CHARLES (ORIGINAL ON FILE)
　　　　　　　　　　　　　　　　　　　　Owen Charles

1

1
2  WAIVER APPROVED:
3
4  Dated 12/30/2009                            /s/ John A. Mendez
5                                              U.S. District Judge
6
7
...
28

2