J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Owen Charles

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) Cr. No. 09-455 JAM |
| Plaintiff, ) | ) STIPULATION AND ORDER |
| v. ) | ) CONTINUING STATUS ) CONFERENCE. |
| OWEN CHARLES ) | ) (May 25, 2010 at 9:30AM ) before Judge Mendez) |
| Defendant, ) | |
| _____) | |

This case is now set for status on May 4, 2010. Because counsel for Defendant has recently been appointed and because some additional time is required to examine documents in the case, the parties stipulate that the status conference be continued to May 25, 2010 at 9:30 a.m. Defendant Charles is in agreement with this request. It is further stipulated that time under the Speedy Trial Act, 18 USC Section 3161(h)(7)(A) & (B)(iv), should be excluded for counsel preparation, Local Code T4 until that date. Defendant Charles has agreed to this. The parties respectfully request the Court so order.

Dated May 2, 2010

1

```
   /s/ MATTHEW SEGAL                    /S/ J TONEY
      Matthew Segal                       J. Toney
   Assistant U.S. Attorney          Attorney for Defendant
```

SO ORDERED:

Dated: May 3, 2010

/s/ John A. Mendez
U. S. District Judge