UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>OWEN CHARLES,<br><br>              Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>WILLIAM RYAN FOWLER,<br><br>              Defendants.<br>_____ | Case No. 2:09-CR-455 JAM<br><br><br><br><br><br><br><br><br>RELATED CASE ORDER<br><br><br>Case No. 2:10-CR-415 MCE |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D.Cal. 1997). The actions involved are based on similar questions of fact, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to affect

1

a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the action denominated 2:10-CR-415 MCE be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:10-CR-415 JAM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  September 30, 2010.

/s/ John A. Mendez

JOHN A. MENDEZ
United States District Judge