UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

FILED
MAR 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:  Owen L. CHARLES
Docket Number:  2:09CR00455-01
**CONTINUANCE OF JUDGMENT
AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from April 1, 2011 to April 8, 2011 at 10:00. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The probation officer needs more time to complete the probation interview and subsequently complete the presentence report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

Lori V. Clanton
Senior United States Probation Officer

REVIEWED BY:  Jeffrey C. Oestreicher
Supervising United States Probation Officer

Dated:   February 25, 2011
         Sacramento, California
         LVC

Attachment

RE:  Owen L. CHARLES
     Docket Number:  2:09CR00455-01
     **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:  Clerk, United States District Court
     United States Attorney's Office
     United States Marshal's Office
     Federal Defender (If defense counsel is court-appointed)
     Probation Office Calendar clerk

✓ Approved

___ Disapproved

EDWARD J. GARCIA
Senior United States District Judge

Date: 3/1/11

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:09CR00455-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Owen L. Charles | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | April 8, 2011 at 10:00 |
| Reply, or Statement of Non-Opposition: | April 1, 2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 25, 2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 18, 2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 11, 2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | February 25, 2011 |