J TONEY SB# 43143
Box 1515
Woodland CA 95776

(530) 666-1908
Attorney for Defendant


FILED
APR 5 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-455 EJG |
| Plaintiff, | ) | |
| | ) | MOTION TO CONTINUE SENTENCING |
| v. | ) | And (Proposed) ORDER |
| | ) | |
| OWEN L. CHARLES, | ) | Date: May 13, 2011 |
| | ) | |
| Defendant. | ) | Before: Hon. Edward J. Garcia |

This case is now set for sentencing on April 8, 2011. Defendant Charles now moves for a continuance until May 13, 2011 for the following reasons:

A key factor in determining sentence range under the Sentencing Guidelines is the amount of tax loss. The Government's calculation of estimated loss is based on a number of assumptions; these were needed, it is conceded, because the Defendant refused to participate in tax audits. However, it is nevertheless important that the Court have accurate information in sentencing.

In order to determine the various deposits that were transfers from other accounts, rather than taxable deposits of income, it has become necessary to obtain bank records and trace a number of different accounts.

1  In addition, the Defense is obtaining information that shows
2  some money deposited in accounts that the Government attributed to
3  Charles was, in fact, other people s income or assets.
4  It is anticipated that about four additional weeks will be
5  needed to complete this work. It is therefore requested that the
6  sentencing be continued to May 13, 2011 before Your Honor.
7  Assistant U.S. Attorney Segal informs me that the Government
8  opposes this continuance. However, it is our contention that this
9  will not prejudice the Government and the continuance is needed for
10 Counsel to adequately represent Charles.
11 No previous continuance of sentencing has been requested; the
12 Defendant remains in detention at the Sacramento County Jail.
13 Respectfully submitted,
14 Dated April 4, 2011

           /s/ J TONEY
           J Toney
           Attorney for Defendant Charles

DECLARATION OF COUNSEL

I , J Toney, declare under penalty of perjury that the above facts are true and correct. Dated April 4, 2011 at Woodland CA

           /s/ J TONEY
           J Toney

ORDER

Good Cause appearing, the motion of the Defendant to continue sentencing until May 13, 2011 is GRANTED.

DATED APRIL 4, 2011

           U.S. District Judge