```
J TONEY SB# 43143
Box 1515
Woodland CA 95776

(530) 666-1908
Attorney for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:09-cr-455 EJG |
| | ) | |
| Plaintiff, | ) | ADDITIONAL SENTENCE MEMO AND |
| | ) | MOTION TO CONTINUE SENTENCING |
| v. | ) | With  ORDER |
| | ) | |
| OWEN L. CHARLES, | ) | Date: June 10, 2011 |
| | ) | |
| Defendant. | ) | Before: Hon. Edward J. Garcia |
| _____ | ) | |

This case is now set for sentencing on May 13, 2011.  Defendant Charles now moves for a continuance until June 10, 2011 for the following reasons:

   The Government in its sentencing memorandum points out that several Defense arguments are not corroborated.  It should be noted that the Government's assertions that many items represent taxable income are assumptions as well.  In order to properly corroborate the Defense claims, additional time will be needed to acquire supporting documents.  For this reason, the Defense request that the case be continued to June 10, 2011 and that an evidentiary hearing be held on that date or later to fully litigate the proper amount of loss.

   In addition, an explanation of certain items that are properly

considered transfers and therefore not taxable have been located and are attached to this motion.

Respectfully submitted,

Dated May 10, 2011

                                   /s/ J TONEY
                                   J Toney
                                   Attorney for Defendant Charles

## DECLARATION OF COUNSEL

I , J Toney, declare under penalty of perjury that the above facts are true and correct.  Dated May 10, 2011 at Woodland CA

                                   /s/ J TONEY
                                   J Toney

## ORDER

Good Cause appearing, the motion of the Defendant to continue sentencing until June 10, 2011 is GRANTED.

DATED May 11, 2011

                                   /s/ Edward J. Garcia
                                   U.S. District Judge